UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **IBERIABANK** | **CASE NO. 2:20-CV-00790** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **J MICHAEL VERON ET AL** | **MAG. JUDGE KATHLEEN KAY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 20] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the Motions to Discharge and Dismiss [Doc. No. 10] filed by Defendant IberiaBank is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that IberiaBank hold the Supplemental Executive Retirement Plan ("SERP") proceeds in trust for the benefit of the rightful beneficiary.

**IT IS FURTHER ORDERED** that, upon adjudication of the proper SERP beneficiary, IberiaBank pay the accumulated benefits to that beneficiary and continue to make those monthly payments as provided for by the SERP.

**IT IS FURTHER ORDERED** that IberiaBank has thirty days following the Court's determination of the beneficiary to seek an award of any costs or attorneys' fees to which it may be entitled. It is incumbent upon IberiaBank to monitor the progress of this litigation so that it might timely assert its claim for costs and fees prior to judgment becoming final.

MONROE, LOUISIANA, this 7th day of July 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE